**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7078

DARLENE P. LUMPKIN,

                                    Plaintiff - Appellant,

          versus

WILLIAM TORRES, Doctor,

                                    Defendant - Appellee,

          and

MISS FRYE, Nurse,

                                    Defendant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (CA-02-792-3)

Submitted:  November 4, 2004        Decided:  November 9, 2004

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darlene P. Lumpkin, Appellant Pro Se.  Edward Joseph McNelis, III,
Coreen Antoinette Bromfield, John David McChesney, RAWLS & MCNELIS,
PC, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darlene P. Lumpkin appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See Lumpkin v. Torres</u>, No. CA-02-792-3 (E.D. Va. May 28, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>